In the Matter of the Estate of CHARLES M. PRATT, Deceased.

BROOKLYN TRUST COMPANY OF NEW YORK, as Executor of CHARLES M. PRATT, Deceased, Appellant.

STATE TAX COMMISSION, Respondent.

Argued June 17, 1942; decided July 29, 1942.

*Sidney W. Davidson, McDonald E. Wrenn* and *Allin H. Pierce* for appellant.

*Mortimer M. Kassell* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.